IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DEANN HUGHES                                                                                    PLAINTIFF

v.                                                              CIVIL ACTION NO. 1:14-cv-00109-GHD-DAS

DYNCORP INTERNATIONAL, LLC                                                          DEFENDANT

ORDER OF RECUSAL

The undersigned hereby recuses himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 17 day of September, 2015.

_____
SENIOR U.S. DISTRICT JUDGE