IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DEANN HUGHES                                                                                    PLAINTIFF

V.                                                                        CIVIL ACTION NO. 1:14-CV-109-SA-DAS

DYNCORP INTERNATIONAL, LLC                                                      DEFENDANT

ORDER

For the reasons specifically outlined in a separate memorandum opinion issued this day, Dyncorp International, LLC's Motion for Summary Judgment [53] is GRANTED in part, and DENIED in part.

Dyncorp's motion for summary judgment on Hughes' claim for race discrimination relative to her failure to promote claim is DENIED.

Dyncorp's motion for summary judgment on Hughes' claim for sex discrimination relative to her failure to promote claim is DENIED.

Dyncorp's motion for summary judgment on Hughes' claim for race discrimination relative to her termination claim is DENIED.

Dyncorp's motion for summary judgment on Hughes' claim for sex discrimination relative to her termination claim is GRANTED.

Dyncorp's motion for summary judgment on Hughes' claim for retaliation is DENIED.

SO ORDERED this the 5th day of August, 2016.

                                                                    /s/ Sharion Aycock
                                                                    UNITED STATES DISTRICT JUDGE